## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| RODMEN R. FOSTER, | : No. 14 EAP 2015 |
| | : |
| Appellant | : Appeal from the Order of Commonwealth |
| | : Court dated 2/24/2015 at No. 32 MD 2015 |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| MS. KATHLEEN KANE, ATTORNEY | : |
| GENERAL FOR THE STATE OF | : |
| PENNSYLVANIA, MR. MICHAEL C. | : |
| POTTEIGER, CHAIRMAN OF THE | : |
| PENNSYLVANIA BOARD OF | : |
| PROBATION AND PAROLE, ET AL., | : |
| AND MR. JOHN E. WETZEL, | : |
| SECRETARY OF THE PENNSYLVANIA | : |
| DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Appellees | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 29th day of September 2015, the Order of the Commonwealth Court is **AFFIRMED**. The Application for Leave to File Post-Submission Communication is **DENIED**. The Application for Leave to File Addendum in Support of Newly Discovered Evidence is **DENIED**.

Judgment entered